# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: § | |
| § | |
| CLARENCE E. BROWN JR. § | CASE NO. 06-10722-ANV |
| § | CHAPTER 13 |
| § | |
| § | JUDGE ARTHUR N. VOTOLATO |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**EMC Mortgage Corporation**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

MAIL TO :
P. O. Box 829009, Dallas, Texas 75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial   /s/ Joe M. Lozano, Jr.
Hilary B. Bonial
Joe M. Lozano, Jr.
F# 7365-N-3156
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for EMC Mortgage Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CLARENCE E. BROWN JR. | § | CASE NO. 06-10722-ANV |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE ARTHUR N. VOTOLATO |
| | § | |

**CERTIFICATE OF SERVICE**

I, Hilary B. Bonial / Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 13, 2006:

**Attorney**
C. Vincent Fay
Fay Law Associates
917 Reservoir Avenue
Cranston, RI 02910

**Chapter 13 Trustee**
John Boyajian
182 Waterman Street
Providence, Rhode Island  02906

**U. S. Trustee**
Office of the US Trustee
10 Causeway Street, Room 472
Boston, Massachusetts 02222

/s/ Hilary B. Bonial   /s/ Joe M. Lozano, Jr.
Hilary B. Bonial
Joe M. Lozano, Jr.

7365-N-3156
noaelect

1

**Processor: Amber Kincaid**　　　　　File No. 7365-N-3156

# FOR THE DISTRICT OF RHODE ISLAND

# ECF FILING

*(Check what is to be done NEXT only)

Original Signature:　　　**HBB / JML**

Attorney Approval: _____

MUST BE FILED BY:

September 11, 2006

☐　　To Mail Room for Notice Only

\* This is a progressive check-off sheet.  Only check what is to be done **next** in the process of preparing this for filing.