UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| IN RE:<br><br>Clarence E. Brown Jr. | CHAPTER 13<br>CASE NO. 06-10722 |
|---|---|

## CONSENT ORDER ON MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION FOR RELIEF FROM STAY

Now comes Mortgage Electronic Registration Systems, Inc. ("Lender") and Clarence E. Brown Jr. ("Debtor") and stipulate as follows:

1. The total post-petition arrearage as of June 12, 2007 is $3,894.36 including $350.00 in attorney's fees and $150.00 in costs and excluding the payment due for June 2007.

2. On or before June 15, 2007 and by the 15th of each month thereafter through November 15, 2007, the Debtor shall make payments as set forth below:

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 6/15/07 | $1697.18 | $649.06 | $2346.24 |
| 7/15/07 | $1737.25 | $649.06 | $2386.31 |
| 8/15/07 | $1737.25 | $649.06 | $2386.31 |
| 9/15/07 | $1737.25 | $649.06 | $2386.31 |
| 10/15/07 | $1737.25 | $649.06 | $2386.31 |
| 11/15/07 | $1737.25 | $649.06 | $2386.31 |

3. Commencing December 1, 2007, and monthly thereafter, the Debtor shall make his regular monthly post-petition payments pursuant to the terms of the Note and Mortgage.

4.   If the Debtor fails to make said payments by the dates specified in paragraph two of this consent order, the Lender's Motion for Relief from Stay may be granted without hearing by the Court upon Lender filing a Certificate of Non-Compliance after ten (10) days notice of default to the Debtor and the Debtor's Attorney, by first class mail postage prepaid or facsimile.  The Debtor has the right to object to the Certificate of Non-Compliance only on the basis that the payments were made timely under the Consent Order.

5.   The terms of this consent order shall be null and void if the case is converted or dismissed.

Agreed to on this 18 day of June, 2007

Mortgage Electronic Registration Systems, Inc.
By Lender's attorney,


/s/ Kathryn A. Fyans
Kathryn A. Fyans, Esquire
RI #7360
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500


Clarence E. Brown Jr.
By his Attorney,


/s/ Andrew Alberino
Andrew Alberino, Esquire
Fay Law Associates
917 Reservoir Avenue
Cranston, RI 02910

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

Clarence E. Brown Jr.

CHAPTER 13
CASE NO. 06-10722

CERTIFICATE OF SERVICE

    I, Kathryn A. Fyans, Esquire, state that on June 18, 2007, I electronically filed the foregoing Consent Order with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Boyajian, Chapter 13 Trustee
Leonard DePasquale, Esquire
C. Vincent Fay, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                                /s/ Kathryn A. Fyans
                                                Kathryn A. Fyans, Esquire
                                                RI#7360

Clarence E. Brown Jr.
22 Ravenswood Avenue
Providence, RI 02908


Nicole Lepre
22 Ravenswood Avenue
Providence, RI 02908


Sovereign Bank
P.O. Box 798
Shillington, PA 19607

KAF/jmr/200512-0555/Brown, Clarence