UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Clarence E. Brown Jr.   BK No. 1:06–bk–10722

Debtor(s)   Chapter 13

### ORDER STRIKING WITHOUT PREJUDICE, DEFECTIVE DOCUMENT
*Notice of Contract Change*

On 3/24/2011 a(n) Notice of Contract Change was filed by EMC Mortgage Corporation but is procedurally defective for the following reason: Notice must be filed AT LEAST 30 days prior to the payment change taking place .

Accordingly, the document is stricken without prejudice and:

☐ no further action is required.

☑ must be refiled in the correct format for further consideration by the court.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **3/25/11**

Entered on Docket: **3/25/11**
Document Number: **91**

840.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*