**UNITED STATES BANKRUPTCY COURT**
**District of Rhode Island (Providence)**

| | |
|---|---|
| IN RE: | Case No.:  1:06-bk-10722 |
| Debtors: Clarence E. Brown | Loan Number (Last 4):  0090 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| EMC Mortgage | EMC Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |
| Chase Records Center - Attn: Correspondence Mail | Court Claim # (if known): 5 |
| Mail Code LA4-5555 - 700 Kansas Lane | Amount of Claim:  $230,090.72 |
| Monroe, LA 71203 | Date Claim Filed:  08/15/2006 |
| Phone:  866-325-4316 | Last Four Digits of Acct #:  0090 |
| Last Four Digits of Acct #:  0090 | |

Name and Address where transferee payments should be sent (if different from above):

EMC Mortgage Payment Processing
3415 Vision Drive - Att. Dept. OH4-7119
Columbus, OH 43219

Phone:  866-325-4316

Last Four Digits of Acct #:  0090

Transfer Effective: April 01, 2011

| | |
|---|---|
| By:  /s/ Diana Duarte | Date:  July 04, 2011 |
| Authorized Filing Agent for Filer | |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-2e4252ac-d6d4-4a55-9c30-c783da2300aa