UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:<br><br>Clarence E. Brown Jr.<br>Debtor. | Chapter 13<br>Case Number 06-10722-ANV |

## TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

Now comes Residential Credit Solutions, Inc. and hereby states that it is the transferee of the claim of EMC Mortgage Corporation (Claim #5-1) which was filed on February 24, 2010 in the total amount of $230,090.72. The movant requests that all future correspondence and Trustee payments on behalf of this claim be forwarded to:

Residential Credit Solutions, Inc.
P.O. Box 78954
Phoenix, AZ 85062-8954

WHEREFORE, Residential Credit Solutions, Inc., respectfully requests that it be substituted as the holder of the above-referenced claim.

*This was signed under the pains and penalty of perjury

Respectfully submitted,
Residential Credit Solutions, Inc.
By its Attorney

/s/ Wayne E. George
Wayne E. George, Esquire
RI# 8151
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3900
ribk@harmonlaw.com

Dated: November 15, 2011

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:                                              CHAPTER 13
                                                    CASE NO. 06-10722-ANV
Clarence E. Brown Jr.

CERTIFICATE OF SERVICE

I, Wayne E. George, Esquire , state that on November 15,  2011, I electronically filed the foregoing Transfer of Claim with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Gary L. Donahue, Esquire, Assistant U.S. Trustee
John Boyajian, Esquire, Chapter 13 Trustee
William Elderkin, Jr., Esquire for the Debtor
Joe Lozano, Esquire for EMC Mortgage

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Wayne E. George
Wayne E. George, Esquire
RI# 8151

Clarence E. Brown Jr.
22 Ravenswood Avenue
Providence, RI 02908

Nicole Lepre
22 Ravenswood Avenue
Providence, RI 02908

EMC Mortgage fka EMC Mortgage Corporation
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

WEG//200512-0555/Brown, Clarence