*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Clarence E. Brown Jr.　　　　　BK No. 1:06−bk−10722

Debtor(s)　　　　　Chapter 13

*COURT NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM*
*PURSUANT TO FED. R. BANKR. P. 3001(e)(2)or(4)*

Please be advised that the court has received evidence of a transfer/assignment of claim 5−1 in the amount of $230,090.72 , under Fed.R.Bankr.P. 3001(e)(2) or (4) from Transferor: EMC Mortgage Corporation to Transferee: Residential Credit Solutions, Inc. .

Pursuant to Fed.R.Bankr.P. 3001(e)(2)or(4) any objection by the transferor to such transfer must be filed with the Clerk of the United States Bankruptcy Court with a copy to counsel for transferee/assignee within twenty−one (21) days of the mailing of this Notice. If alleged transferor files a timely objection, after notice, a hearing will be scheduled thereon. If a timely objection is not filed by the alleged transferor, the transferee shall be substituted for the transferor.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **11/16/11**

Entered on Docket: **11/16/11**
Document Number: **101 − 100**

300124.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*