BOYAJIAN, HARRINGTON & RICHARDSON                COUNSELLORS AT LAW

182 WATERMAN STREET
PROVIDENCE
RHODE ISLAND 02906
(401) 273-9600
FAX 273-9605

January 30, 2012

U.S. Bankruptcy Court
380 Westminster Mall
Providence, RI 02903

Ladies and Gentlemen:

Enclosed is check #104264 issued from the Chapter 13 Account. This check is for unclaimed funds issued to Chase Bank for Circuit City in the matter of In re: Brown - BK-06-10722.

Very truly yours,

John Boyajian

JB/mah
Encl.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

| | | |
|---|---|---|
| 4B | John Boyajian<br>CHAPTER 13 STANDING TRUSTEE<br>P.O. Box 2553<br>Providence, RI 02906 | 64-79<br>SunTrust Bank<br>Knoxville, TN 78784 |

104264

| CLAIM NO | | DEBTOR'S NAME | VOID AFTER 90 DAYS<br>MO DAY YEAR | CASE NUMBER | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 002 | In RE | BROWN JR., CLARENCE E.<br>Account Number: 1820000000152616 | 01 30 2012 | 0610722 | ****133.60*** |

CLASSIFICATION: UNSECURED

************One Hundred Thirty Three Dollars and 60/100**************

INTEREST PORTION: .00

TO THE ORDER OF:
CLERK, US BANKRUPTCY COURT
380 Westminster Mall
Providence, RI 02903

MEMO

BALANCE DUE AFTER THIS CHECK: 3,629.67

John Boyajian

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK -- HOLD AT ANGLE TO VIEW

⑃104264⑃ ⑆061100790⑆ 000000575 2035⑃

---

| CHECK NUMBER | DATE | CASE NUMBER |
|---|---|---|
| 104264 | 01/30/2012 | 0610722 |

Original Check: 098291
Original Date: 08/25/2011
Original Payee: CHASE BANK, RECOVERY DEPT, PO BOX 100018, KENNESAW, GA 301569204

```
                          UNITED STATES
                        BANKRUPTCY COURT
                       DISTRICT OF RHODE ISLAND
                         PROVIDENCE DIVISION

                       # 69392         - JT

                       February 01, 2012
                           13:09:08


                           REGISTRY
                           06-10722
              Debtor.: CLARENCE E. BROWN
              Judge..: ARTHUR VOTOLATO
              Trustee: John Boyajian
              Amount.:                    $133.60 CH
              Check#.: 104264




                       Total-> $133.60



              FROM: JOHN BOYAJIAN
```